*FILING FEE PAID*   Yes ___  No ___

FILED
8/21/19 1:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Anderson, JR.__ JAD

Case Number: __19-70428__

Date of Meeting: __8/16/19__   Recording # __73__

Debtor(s) present __✓__ or Not Present ___  (___ No Payments Made or __✓__ partial payments)

Attorney for debtor(s) __Muricak__ (Present __✓__ or Not Present ___)

Date of Plan at § 341: __7/16/19__  Applicable commitment period ___ 3 yrs __✓__ 5 yrs

Wage orders to be filed.

__X__ Meeting HELD and CONCLUDED
___ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD       ___ Order to Show Cause Requested
                            ___ To be rescheduled by Clerk

___ Confirmation Order recommended  ___ Final  ___ Interim
___ Amended Plan due: _____; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
__X__ Continued to:
   ___ 341 Meeting OR __X__ Conciliation Conf. OR ___ *Contested Hearing
   On __10/3/19__ at __11:00__ am/pm  Location ___

_____
Chapter 13 Trustee/Attorney for Trustee