IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Robert F. Anderson, Jr. and | : | Bankruptcy No.    19-70428-JAD |
| Drema K. Anderson, | : | |
| Debtors | : | |
| | : | Chapter 13 |
| | : | |
| Robert F. Anderson, Jr., | : | Document No. |
| Movant | : | |
| | : | Filed Under Local Bankr. |
| v. | : | Rule 9013.4 Para. 6(C) |
| | : | |
| Norfolk Southern Corporation, | : | Related to Document No. 24 |
| Director Payroll Accounting | : | |
| 1200 Peach Tree Street NE | : | |
| Atlanta, GA 30309-0057, | : | |
| Respondent | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Additional Respondent | : | |
| | : | |
| Social Security No. xxx-xx-0795 | : | |

**ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

    Upon representation of the above-named Debtors, Robert F. Anderson, Jr. and Drema K. Anderson, having filed a Chapter 13 petition and having moved to attach wages to fund the Chapter 13 Plan,

    IT IS HEREBY ORDERED that until further order of this Court, the entity from which the Debtor-Husband receives income:

Norfolk Southern Corporation
Director Payroll Accounting
1200 Peach Tree Street NE
Atlanta, PA 30309-0057

Shall deduct from said income the sum of One Thousand Five Hundred and no/100 Dollars ($1,500.00) per pay, for a monthly total of Three Thousand and no/100 Dollars ($3,000.00), beginning with the pay advice September 15, 2019 and deduct a similar amount each pay period

thereafter, including any period for which the Debtor-Husband receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor-Husband, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

> Ronda J. Winnecour
> Chapter 13 Trustee, W.D. Pa.
> P.O. Box 84051
> Chicago IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Debtor-Husband's attorney, Jeffrey A. Muriceak, Esquire, 401 Allegheny Street, P.O. Box 415, Hollidaysburg, Pennsylvania 16648 (814-695-7581), if his income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of Debtor-Husband, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to his in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to Debtor-Husband for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

IT IS FURTHER ORDERED that the Debtors shall remain responsible for timely making all monthly Plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result on the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

DATED this  22nd  day of  August , 2019.

                                                                  jsf
                                       Jeffery A. Deller
FILED                               U. S. Bankruptcy Judge
8/22/19 11:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Robert F. Anderson, Jr.
Drema K. Anderson
    Debtors

Case No. 19-70428-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7      User: dpas      Page 1 of 1      Date Rcvd: Aug 22, 2019
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2019.
db/jdb          +Robert F. Anderson, Jr.,    Drema K. Anderson,    222 Barnwood Court,    Duncansville, PA 16635-9423

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2019                                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2019 at the address(es) listed below:
       James    Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
       Jeffrey A. Muriceak    on behalf of Debtor Robert F. Anderson, Jr. jmuriceak@eveyblack.com, choover@eveyblack.com
       Jeffrey A. Muriceak    on behalf of Joint Debtor Drema K. Anderson jmuriceak@eveyblack.com, choover@eveyblack.com
       Jill    Manuel-Coughlin    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                          TOTAL: 6