IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Robert F. Anderson, Jr. and | : | Bankruptcy No.        19-70428-JAD |
| Drema K. Anderson, | : | |
| Debtors | : | |
| | : | Chapter 13 |
| | : | |
| Drema K. Anderson, | : | Document No. |
| Movant | : | |
| | : | Filed Under Local Bankr. |
| | : | Rule 9013.4 Para. 6(C) |
| v. | : | |
| | : | Related to Document No. 25 |
| Cargill Incorporated | : | |
| Payroll Department | : | |
| PO Box 5610 | : | |
| Minneapolis, MN 55440, | : | |
| Respondent | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Additional Respondent | : | |
| | : | |
| Social Security No. xxx-xx-4280 | : | |

**ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

Upon representation of the above-named Debtors, Robert F. Anderson, Jr. and Drema K. Anderson, having filed a Chapter 13 petition and having moved to attach wages to fund the Chapter 13 Plan,

IT IS HEREBY ORDERED that until further order of this Court, the entity from which the Debtor-Wife receives income:

Cargill Incorporated
Payroll Department
PO Box 5610
Minneapolis, MN 55440

Shall deduct from said income the sum of Five Hundred Seventy-Five and no/100 Dollars ($575.00) from each of two pay periods per month, for a monthly total of One Thousand One

Hundred Fifty and no/100 Dollars ($1,150.00), beginning with the pay advice September 20, 2019 and deduct a similar amount each pay period thereafter, including any period for which the Debtor-Wife receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor-Wife, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

> Ronda J. Winnecour
> Chapter 13 Trustee, W.D. Pa.
> P.O. Box 84051
> Chicago IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Debtor-Wife's attorney, Jeffrey A. Muriceak, Esquire, 401 Allegheny Street, P.O. Box 415, Hollidaysburg, Pennsylvania 16648 (814-695-7581), if her income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of Debtor-Wife, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to his in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to Debtor-Wife for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

IT IS FURTHER ORDERED that the Debtors shall remain responsible for timely making all monthly Plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result on the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

DATED this __22nd__ day of ___August___, 2019.

jsf

Jeffery A. Deller
U. S. Bankruptcy Judge

FILED
8/22/19 11:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-70428-JAD
Robert F. Anderson, Jr.                                                 Chapter 13
Drema K. Anderson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7            User: dpas            Page 1 of 2            Date Rcvd: Aug 22, 2019
                               Form ID: pdf900       Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2019.
db/jdb          +Robert F. Anderson, Jr.,   Drema K. Anderson,    222 Barnwood Court,
                  Duncansville, PA 16635-9423
15107387         American Express National Bank,   c/o Becket and Lee LLP,    PO Box 3001,
                  Malvern  PA 19355-0701
15088681        +Amex,   Correspondence/Bankruptcy,    P O Box 981540,   El Paso, TX 79998-1540
15088682        +Bank Of America,   4909 Savarese Circle,   Fl1-908-01-50,    Tampa, FL 33634-2413
15088683        +Citibank,   Attn: Recovery/Centralized Bankruptcy,    PO Box 790034,   St Louis, MO 63179-0034
15100101        +Fifth Third Bank,   PO Box 9013,   Addison, Texas 75001-9013
15088686        +Sofi Lending Corp,   Attn: Bankruptcy,   375 Healdsburg Avenue Suite 280,
                  Healdsburg, CA 95448-4151
15088688       ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                 (address filed with court:  Toyota Financial Services,   Atty: Bankruptcy Dept,   P O Box 8026,
                  Cedar Rapids, IA 52409)
15099718        +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
                  Addison, Texas 75001-9013
15100788         Wells Fargo Bank, N.A.,   1000 Blue Gentian Road,   Eagan, MN 55121-7700
15088689        +Wells Fargo Home Mortgage,   Attn: Bankruptcy Dept,   P O Box 10335,
                  Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 23 2019 02:39:22
                  PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
15088684        +E-mail/Text: collectionbankruptcies.bancorp@53.com Aug 23 2019 02:43:36     Fifth Third Bank,
                  Attn: Bankruptcy Department,   1830 E Paris Ave Se,   Grand Rapids, MI 49546-8803
15088685         E-mail/Text: e-bankruptcy@nasafcu.com Aug 23 2019 02:42:53     NASA Federal Credit Union,
                  Attn: Bankruptcy,   P O Box 1778,   Bowie, MD 20717
15089843        +E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2019 02:39:18     Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
15088687        +E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2019 02:39:18     Synchrony Bank/Lowes,
                  Attn: Bankruptcy,   PO Box 965060,   Orlando, FL 32896-5060
                                                                                        TOTAL: 5


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Toyota Lease Trust
cr              WELLS FARGO BANK, N.A.
                                                                            TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2019                              Signature:   /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2019 at the address(es) listed below:
          James Warmbrodt   on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com
          Jeffrey A. Muriceak   on behalf of Debtor Robert F. Anderson, Jr. jmuriceak@eveyblack.com,
           choover@eveyblack.com
          Jeffrey A. Muriceak   on behalf of Joint Debtor Drema K. Anderson jmuriceak@eveyblack.com,
           choover@eveyblack.com
          Jill Manuel-Coughlin   on behalf of Creditor   WELLS FARGO BANK, N.A. jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
           ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-7          User: dpas              Page 2 of 2              Date Rcvd: Aug 22, 2019
                             Form ID: pdf900          Total Noticed: 16

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                       TOTAL: 6