**Form 149**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Robert F. Anderson Jr.**
**Drema K. Anderson**
    Debtor(s)

Bankruptcy Case No.: 19–70428–JAD
Issued Per Oct. 3, 2019 Proceeding
Chapter: 13
Docket No.: 33 – 20
Concil. Conf.: at

## ORDER OF COURT CONFIRMING PLAN AS MODIFIED
## AND SETTING DEADLINES FOR CERTAIN ACTIONS

### (1.)  *PLAN CONFIRMATION:*

       IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated August 15, 2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐  A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐  B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐  C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐  D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐  E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐  F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐  G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☑  H.   Additional Terms: The secured claim of Toyota Lease Trust (Claim No. 1) shall govern as to claim amount, to be paid at the modified plan terms.
The unsecured pool is approximately $78,994.80, which approximates 50 percent.

*(2.)   IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.     Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.      Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.      Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.     Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.     Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

**(3.)    *IT IS FURTHER ORDERED THAT:***

**A.**       After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**       Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**       Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**       Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**       The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**       In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any ***secured claim*** that is secured by the subject property, unless directed otherwise by further Order of Court.


<u>Jeffery A. Deller</u>
Dated: October 9, 2019                                    United States Bankruptcy Judge

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-70428-JAD
Robert F. Anderson, Jr.                                                   Chapter 13
Drema K. Anderson
      Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: jhel          Page 1 of 2          Date Rcvd: Oct 09, 2019
                             Form ID: 149         Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2019.
```
db/jdb        +Robert F. Anderson, Jr.,   Drema K. Anderson,   222 Barnwood Court,
               Duncansville, PA 16635-9423
15107387       American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
               Malvern PA 19355-0701
15088681      +Amex,   Correspondence/Bankruptcy,   P O Box 981540,   El Paso, TX 79998-1540
15088682      +Bank Of America,   4909 Savarese Circle,   Fl1-908-01-50,   Tampa, FL 33634-2413
15117660      +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
15088683      +Citibank,   Attn: Recovery/Centralized Bankruptcy,   PO Box 790034,   St Louis, MO 63179-0034
15100101      +Fifth Third Bank,   PO Box 9013,   Addison, Texas 75001-9013
15123839      +SoFi Lending Corp,   2750 E Cottonwood Pkwy Suite 300,   Cottonwood Heights, UT 84121-7285
15088686      +Sofi Lending Corp,   Attn: Bankruptcy,   375 Healdsburg Avenue Suite 280,
               Healdsburg, CA 95448-4151
15088688      ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Financial Services,   Atty: Bankruptcy Dept,   P O Box 8026,
               Cedar Rapids, IA 52409)
15099718      +Toyota Lease Trust,   c/o Toyota Motor Corporation,   PO Box 9013,
               Addison, Texas 75001-9013
15100788       Wells Fargo Bank, N.A.,   1000 Blue Gentian Road,   Eagan, MN 55121-7700
15088689      +Wells Fargo Home Mortgage,   Attn: Bankruptcy Dept,   P O Box 10335,
               Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 10 2019 03:14:33
               PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
15088684      +E-mail/Text: collectionbankruptcies.bancorp@53.com Oct 10 2019 03:18:56    Fifth Third Bank,
               Attn: Bankruptcy Department,   1830 E Paris Ave Se,   Grand Rapids, MI 49546-8803
15122936       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 10 2019 03:14:36    LVNV Funding, LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
15088685       E-mail/Text: e-bankruptcy@nasafcu.com Oct 10 2019 03:17:26    NASA Federal Credit Union,
               Attn: Bankruptcy,   P O Box 1778,   Bowie, MD 20717
15124388       E-mail/Text: e-bankruptcy@nasafcu.com Oct 10 2019 03:17:26    NASA Federal Credit Union,
               PO Box 1588,   Bowie, MD 20717
15127030       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 10 2019 03:14:32
               Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
15089843      +E-mail/PDF: gecsedi@recoverycorp.com Oct 10 2019 03:14:54    Synchrony Bank,
               c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
15088687      +E-mail/PDF: gecsedi@recoverycorp.com Oct 10 2019 03:14:54    Synchrony Bank/Lowes,
               Attn:  Bankruptcy,   PO Box 965060,   Orlando, FL 32896-5060
                                                                              TOTAL: 8
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Toyota Lease Trust
cr             WELLS FARGO BANK, N.A.
15117255*      American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
               Malvern PA 19355-0701
                                                                  TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2019                              Signature:  /s/Joseph Speetjens

District/off: 0315-7          User: jhel              Page 2 of 2              Date Rcvd: Oct 09, 2019
                             Form ID: 149             Total Noticed: 21

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 9, 2019 at the address(es) listed below:
    James  Warmbrodt    on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com
    Jeffrey A. Muriceak   on behalf of Debtor Robert F. Anderson, Jr. jmuriceak@eveyblack.com,
    choover@eveyblack.com
    Jeffrey A. Muriceak    on behalf of Joint Debtor Drema K. Anderson jmuriceak@eveyblack.com,
    choover@eveyblack.com
    Jill  Manuel-Coughlin   on behalf of Creditor   WELLS FARGO BANK, N.A. jill@pkallc.com,
    chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
    ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                              TOTAL: 6