**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | **CASE NO. 19-70428-JAD** |
| **Robert F. Anderson** ) | |
| **Drema K. Anderson** ) | |
| **Debtors** ) | **Chapter 13** |
| ) | Document No. _____ |
| ) | Related to Doc. No. 33 |

## CONSENT ORDER MODIFYING OCTOBER 9, 2019 ORDER

AND NOW, this _____ day of _____, 2019 upon consent of the Debtor and the Chapter 13 Trustee, as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated October 9, 2019, it is

ORDERED that the October 9, 2019 Order of Court Confirming Plan as Modified and Setting Deadlines for Certain Actions is amended to provide in Part "1.C" that plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. A final plan conciliation conference will be held on February 6, 2020 at 3:00 p.m.. in the Office of the Chapter 13 Trustee, Suite 3251 US Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. If objections are not resolved, a contested confirmation hearing will be scheduled at that time.

The October 9, 2019 order otherwise remains in full force and effect.

BY THE COURT:

                                                    _____
Jeffery A. Deller
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Jana S. Pail
Jana S. Pail – PA I.D. #88910
Attorney for the Trustee
Suite 3250-U.S. Steel Building
600 Grant Street
Pittsburgh PA 15219
412-471-5566
jpail@chapter13trusteewdpa.com

/s/ Jeffrey A. Muriceak
Jeffrey A. Muriceak, Esquire
Attorney for debtors
Evey, Black Attorneys
401 Allegheny Street
PO Box 415
Holidaysburg, PA 16648
814-695-7581
jmuriceak@eveyblack.com