**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19-70428-JAD |
| Robert F. Anderson ) | |
| Drema K. Anderson ) | |
| Debtors ) | Chapter 13 |
| ) | Document No. 37 |
| ) | Related to Doc. No. 33 |

**CONSENT ORDER MODIFYING OCTOBER 9, 2019 ORDER**

AND NOW, this __4th__ day of __November__, 2019 upon consent of the Debtor and the Chapter 13 Trustee, as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated October 9, 2019, it is

ORDERED that the October 9, 2019 Order of Court Confirming Plan as Modified and Setting Deadlines for Certain Actions is amended to provide in Part "1.C" that plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. A final plan conciliation conference will be held on February 6, 2020 at 3:00 p.m.. in the Office of the Chapter 13 Trustee, Suite 3251 US Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. If objections are not resolved, a contested confirmation hearing will be scheduled at that time.

The October 9, 2019 order otherwise remains in full force and effect.

BY THE COURT:



_____
Jeffery A. Deller
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Jana S. Pail
Jana S. Pail – PA I.D. #88910
Attorney for the Trustee
Suite 3250-U.S. Steel Building
600 Grant Street
Pittsburgh PA 15219
412-471-5566
jpail@chapter13trusteewdpa.com

/s/ Jeffrey A. Muriceak
Jeffrey A. Muriceak, Esquire
Attorney for debtors
Evey, Black Attorneys
401 Allegheny Street
PO Box 415
Holidaysburg, PA 16648
814-695-7581
jmuriceak@eveyblack.com

FILED
11/4/19 2:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 19-70428-JAD
Robert F. Anderson, Jr.                                               Chapter 13
Drema K. Anderson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7        User: dpas              Page 1 of 1              Date Rcvd: Nov 04, 2019
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 06, 2019.
db/jdb        +Robert F. Anderson, Jr.,   Drema K. Anderson,   222 Barnwood Court,
               Duncansville, PA 16635-9423

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 4, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com
              Jeffrey A. Muriceak    on behalf of Debtor Robert F. Anderson, Jr. jmuriceak@eveyblack.com,
               choover@eveyblack.com
              Jeffrey A. Muriceak    on behalf of Joint Debtor Drema K. Anderson jmuriceak@eveyblack.com,
               choover@eveyblack.com
              Jill Manuel-Coughlin    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6