**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 19-70428-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Robert F. Anderson, Jr.<br>222 Barnwood Court<br>Duncansville PA 16635 | Drema K. Anderson<br>222 Barnwood Court<br>Duncansville PA 16635 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/29/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 10: SoFi Lending Corp, 2750 E Cottonwood Pkwy Suite 300, Cottonwood Heights, UT 84121 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC<br>29603-0587 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    02/02/20

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                           Case No. 19-70428-JAD
Robert F. Anderson, Jr.                                          Chapter 13
Drema K. Anderson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7              User: dpas              Page 1 of 1              Date Rcvd: Jan 31, 2020
                                  Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2020.
15123839       ++SOFI LENDING CORP,   ATTN LACEE HUNSAKER,   2750 EAST COTTONWOOD PKWY,   SUITE 300,
                 SALT LAKE CITY UT 84121-7285
                (address filed with court:  SoFi Lending Corp,   2750 E Cottonwood Pkwy Suite 300,
                 Cottonwood Heights, UT 84121)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15123839         E-mail/Text: lhunsaker@sofi.org Feb 01 2020 04:05:47     SoFi Lending Corp,
                 2750 E Cottonwood Pkwy Suite 300,   Cottonwood Heights, UT 84121
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              Jeffrey A. Muriceak    on behalf of Debtor Robert F. Anderson, Jr. jmuriceak@eveyblack.com,
               choover@eveyblack.com
              Jeffrey A. Muriceak    on behalf of Joint Debtor Drema K. Anderson jmuriceak@eveyblack.com,
               choover@eveyblack.com
              Jill Manuel-Coughlin    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
               bankruptcy@powerskirn.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 6