IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:   Robert F. Anderson, Jr. and | : | Bankruptcy No. 19-70428 |
| Drema K. Anderson, | : | |
| Debtors | : | Chapter 13 |
| | : | |
| Wells Fargo Bank, N.A., | : | Document No.  50 |
| Movant | : | |
| | : | Related to Claim No. 3 |
| v. | : | |
| Robert F. Anderson, Jr., Drema K. | : | |
| Anderson and Ronda J.  Winnecour, | : | |
| Esquire, Chapter 13 Trustee, | : | |
| Respondents | : | |

### DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE

I, counsel for the above-named Debtors, declare and otherwise certify that I have reviewed the Debtors' existing Chapter 13 Plan dated August 15, 2019, have recomputed the plan payment, and find that the existing payment by Debtors is sufficient to fund the plan.  The Movant's Notice of Mortgage Payment Change dated November 30, 2020 increases Debtors' monthly payment from $1,420.00 to $1,429.16, effective January 1, 2021.  Based upon this adjustment, Debtors' monthly mortgage payment due January 1, 2021 will be $1,429.16, unless or until future adjustments are made by the Movant.

The new monthly mortgage payment of $1,429.16 beginning January 1, 2021 represents an increase of $9.16 per month for the remainder of Debtors' Chapter 13 Plan.  Debtors' Plan remains adequately funded to pay the new post-petition monthly payments described in Movant's Notice of Mortgage Payment Change dated November 30, 2020.

Respectfully submitted,


EVEY BLACK ATTORNEYS LLC


Dated:  12/03/2020          By      / s/ Jeffrey A. Muriceak
                                                      Jeffrey A. Muriceak, Esquire
                                                      Attorney for Debtors
                                                      401 Allegheny Street
                                                      P.O. Box 415
                                                      Hollidaysburg, PA 16648
                                                      (814) 695-7581
                                                      Pa. I.D. #76013