| UNITED STATES BANKRUPTCY COURT<br>Western District of Pennsylvania | | NOTICE OF CHANGE OF ADDRESS |
|---|---|---|
| Name of Debtor(s):<br><br>Robert F. Anderson, Jr.<br>Drema K. Anderson | Case Number:<br><br>7:2019-bk-70428 | |
| Name of Creditor:<br><br>Wells Fargo Bank, N.A. | | |
| Name of Current Servicer of account:<br><br>Wells Fargo Bank, N.A. | | |
| Name and NEW Address where notices should be sent:<br><br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>P.O. Box 1629<br>Minneapolis, MN 55440-9790<br>Telephone Number: 800-274-7025<br><br>Prior notice address:<br><br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | | **COURT USE ONLY**<br>**X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br><br>Wells Fargo Bank, N.A.<br>Attention: Payment Processing<br>MAC F2302-04C<br>1 Home Campus<br>Des Moines, IA 50328<br>Telephone Number: 800-274-7025 | | _ Check this box if you are changing the address that payments will go to. |
| 1. Account Number: **6815**  UCID: **WFCMGF1970428PAW07956815** | | _ Check this box if the account number has changed. |
| 2. Court Claim Number: **3** | | |

3. **Signature:**

   **Check the appropriate box.**
   X   I am the creditor.
   ___ I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)
   ___ I am the trustee, or the debtor.
   ___ I am a guarantor, surety, endorser, or other codebtor.

   By:  /s/ Maun Michelle Mason          Date:  12/28/2021
        VP Loan Documentation

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | **CASE NO.:** 19-70428 |
| **Robert F. Anderson, Jr.** | **CHAPTER:** 13 |
| **Drema K. Anderson** | |
|       **Debtor(s).** | |
| _____ / | |

## CERTIFICATE OF SERVICE

I hereby certify that on or before December 29, 2021, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

### SERVICE LIST

*Debtor:*      *By U.S. Postal Service First Class Mail Postage Prepaid:*

Robert F. Anderson, Jr.
222 Barnwood Court
Duncansville, PA 16635


*By U.S. Postal Service First Class Mail Postage Prepaid:*

Drema K. Anderson
222 Barnwood Court
Duncansville, PA 16635


*Debtor's Attorney:*      *By CM / ECF Filing:*

Jeffrey A. Muriceak
Evey, Black Attorneys
401 Allegheny Street
PO Box 415
Holidaysburg, PA 16648


*Trustee:*      *By CM / ECF Filing:*

*Trustee:*        Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

/s/ John Shelley
_____
InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)