IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Robert F. Anderson, Jr. and Drema K. Anderson, <br> Debtors | Bankruptcy No.   19-70428 <br><br> Chapter 13 |
| Robert F. Anderson, Jr. and Drema K. Anderson <br> Movants | Document No. 56 <br><br> Related to Document No.55 |
| v. | |
| LVNV Funding, LLC, PRA Receivables, Management, LLC, American Express National Bank, Bank of America, Citibank, Fifth Third Bank, NASA FCU, Portfolio Recovery Associates, LLC, SoFi Lending Corp., Synchrony Bank Lowes, Synchrony Bank, Toyota Motor Credit Corporation, Toyota Lease Trust, Wells Fargo Bank, N.A., Wells Fargo Home Mortgage, <br> Respondents | |
| and | |
| Ronda J. Winnecour, Esquire, Chapter 13 Trustee, <br> Respondents | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the foregoing Second Amended Chapter 13 Plan dated December 7, 2022 were served on December 7, 2022 via First Class U. S. Mail, Postage Pre-paid to all creditors listed on the attached Creditor Matrix.

EVEY BLACK ATTORNEYS LLC

By:    /s/ Jeffrey A. Muriceak
       Pa. I.D. #76013
       401 Allegheny Street/P.O. Box 415
       Hollidaysburg, PA 16648
       (814) 695-7581

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-7<br>Case 19-70428-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Johnstown<br>Mon Dec  5 14:39:10 EST 2022 | LVNV Funding LLC<br>c/o Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| 7<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Amex<br>Correspondence/Bankruptcy<br>P O Box 981540<br>El Paso, TX 79998-1540 |
| Bank Of America<br>4909 Savarese Circle<br>F11-908-01-50<br>Tampa, FL 33634-2413 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | Citibank<br>Attn: Recovery/Centralized Bankruptcy<br>PO Box 790034<br>St Louis, MO 63179-0034 |
| Fifth Third Bank<br>Attn: Bankruptcy Department<br>1830 E Paris Ave Se<br>Grand Rapids, MI 49546-8803 | Fifth Third Bank<br>PO Box 9013<br>Addison, Texas 75001-9013 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC<br>29603-0587 |
| (p)NASA FCU<br>ATTN ATTN MEMBER SOLUTIONS<br>500 PRINCE GEORGES BLVD<br>UPPER MARLBORO MD 20774-8732 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| SoFi Lending Corp<br>2750 E Cottonwood Pkwy Suite 300<br>Cottonwood Heights, UT 84121-7285 | Sofi Lending Corp<br>Attn: Bankruptcy<br>375 Healdsburg Avenue Suite 280<br>Healdsburg, CA 95448-4151 | Synchrony Bank<br>c/o of PRA Receivables Mansgement, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Synchrony Bank/Lowes<br>Attn:  Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 | (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | Toyota Lease Trust<br>c/o Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 |
| Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>P.O. Box 1629<br>Minneapolis, MN 55440-1629 | Wells Fargo Home Mortgage<br>Attn: Bankruptcy Dept<br>P O Box 10335<br>Des Moines, IA 50306-0335 | Drema K. Anderson<br>222 Barnwood Court<br>Duncansville, PA 16635-9423 |
| Jeffrey A. Muriceak<br>Evey, Black Attorneys<br>401 Allegheny Street<br>PO Box 415<br>Holidaysburg, PA 16648-0415 | Robert F. Anderson Jr.<br>222 Barnwood Court<br>Duncansville, PA 16635-9423 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).