IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Robert F. Anderson, Jr. and | : | Bankruptcy No. 19-70428-JAD |
| Drema K. Anderson, | : | |
| Debtors | : | |
| | : | Chapter 13 |
| | : | |
| Robert F. Anderson, Jr., | : | Document No. 57 |
| Movant | : | |
| | : | Filed Under Local Bankr. |
| v. | : | Rule 9013.4 Para. 6(C) |
| | : | |
| Norfolk Southern Corporation, | : | Related to Document No. 57 |
| Director Payroll Accounting | : | |
| 1200 Peachtree Street NE | : | |
| Atlanta, GA 30309-0057, | : | |
| Respondent | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Additional Respondent | : | |
| | : | |
| Social Security No. xxx-xx-0795 | : | |

**<u>ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT</u>**

 Upon representation of the above-named Debtors, Robert F. Anderson, Jr. and Drema K. Anderson, having filed a Chapter 13 petition and having moved to attach wages to fund the Chapter 13 Plan,

 IT IS HEREBY ORDERED that until further order of this Court, the entity from which the Debtor-Husband receives income:

 Norfolk Southern Corporation
 Director Payroll Accounting
 1200 Peachtree Street NE
 Atlanta, PA 30309-0057

Shall deduct from said income the sum of One Thousand Five Hundred Thirty-Five and no/100 Dollars ($1,535.00) per pay, for a monthly total of Three Thousand and no/100 Dollars ($3,070.00), beginning with the pay advice ending December 31, 2022 and deduct a similar

amount each pay period thereafter, including any period for which the Debtor-Husband receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor-Husband, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

> Ronda J. Winnecour
> Chapter 13 Trustee, W.D. Pa.
> P.O. Box 84051
> Chicago IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Debtor-Husband's attorney, Jeffrey A. Muriceak, Esquire, 401 Allegheny Street, P.O. Box 415, Hollidaysburg, Pennsylvania 16648 (814-695-7581), if his income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of Debtor-Husband, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to his in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to Debtor-Husband for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

IT IS FURTHER ORDERED that the Debtors shall remain responsible for timely making all monthly Plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result on the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

DATED this ___7th___ day of __December_____, 20_22_.

jsf

Jeffery A. Deller
U. S. Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-70428-JAD |
| Robert F. Anderson, Jr. | Chapter 13 |
| Drema K. Anderson | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Dec 07, 2022 | Form ID: pdf900 | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert F. Anderson, Jr., Drema K. Anderson, 222 Barnwood Court, Duncansville, PA 16635-9423 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 08 2022 00:20:56 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Dec 08 2022 00:20:38 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15107387 | | Email/PDF: bncnotices@becket-lee.com | Dec 08 2022 00:20:53 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15088681 | + | Email/PDF: bncnotices@becket-lee.com | Dec 08 2022 00:20:55 | Amex, Correspondence/Bankruptcy, P O Box 981540, El Paso, TX 79998-1540 |
| 15088682 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 08 2022 00:07:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15117660 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Dec 08 2022 00:07:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15088683 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 08 2022 00:20:43 | Citibank, Attn: Recovery/Centralized Bankruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 15100101 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Dec 08 2022 00:07:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 15088684 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Dec 08 2022 00:08:00 | Fifth Third Bank, Attn: Bankruptcy Department, 1830 E Paris Ave Se, Grand Rapids, MI 49546-8803 |
| 15122936 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 08 2022 00:20:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15088685 | | Email/Text: e-bankruptcy@nasafcu.com | Dec 08 2022 00:07:00 | NASA Federal Credit Union, Attn: Bankruptcy, P O Box 1778, Bowie, MD 20717 |
| 15124388 | | Email/Text: e-bankruptcy@nasafcu.com | Dec 08 2022 00:07:00 | NASA Federal Credit Union, PO Box 1588, Bowie, MD 20717 |
| 15127030 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 08 2022 00:20:50 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15123839 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Dec 08 2022 00:20:54 | SoFi Lending Corp, 2750 E Cottonwood Pkwy Suite 300, Cottonwood Heights, UT 84121-7285 |
| 15088686 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Dec 08 2022 00:20:48 | Sofi Lending Corp, Attn: Bankruptcy, 375 Healdsburg Avenue Suite 280, Healdsburg, CA 95448-4151 |

Case 19-70428-JAD    Doc 61    Filed 12/09/22    Entered 12/10/22 00:28:03    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 07, 2022 | Form ID: pdf900 | Total Noticed: 22 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15089843 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 08 2022 00:20:48 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15088687 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 08 2022 00:20:54 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15088688 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 08 2022 00:07:00 | Toyota Financial Services, Atty: Bankruptcy Dept, P O Box 8026, Cedar Rapids, IA 52409 |
| 15099718 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Dec 08 2022 00:07:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15100788 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 08 2022 00:20:54 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 15088689 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 08 2022 00:20:55 | Wells Fargo Home Mortgage, Attn: Bankruptcy Dept, P O Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Lease Trust |
| cr | | WELLS FARGO BANK, N.A. |
| 15117255 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15190693 | * | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC, 29603-0587 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2022            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |
| Jeffrey A. Muriceak | on behalf of Debtor Robert F. Anderson Jr. jmuriceak@eveyblack.com, choover@eveyblack.com |
| Jeffrey A. Muriceak | on behalf of Joint Debtor Drema K. Anderson jmuriceak@eveyblack.com choover@eveyblack.com |
| Jill Manuel-Coughlin | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |

District/off: 0315-7 | User: auto | Page 3 of 3
Date Rcvd: Dec 07, 2022 | Form ID: pdf900 | Total Noticed: 22

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6