IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Robert F. Anderson, Jr. and | : | Bankruptcy No.    19-70428-JAD |
| Drema K. Anderson, | : | |
| Debtors | : | Chapter 13 |
| | : | |
| Drema K. Anderson, | : | Document No. |
| Movant | : | |
| | : | Filed Under Local Bankr. |
| | : | Rule 9013.4 Para. 6(C) |
| v. | : | |
| | : | Related to Document No. 69 |
| Cargill Incorporated | : | |
| Payroll Department | : | |
| PO Box 5610 | : | |
| Minneapolis, MN 55440, | : | |
| Respondent | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Additional Respondent | : | |
| | : | |
| Social Security No. xxx-xx-4280 | : | |

## ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

Upon representation of the above-named Debtors, Robert F. Anderson, Jr. and Drema K. Anderson, having filed a Chapter 13 petition and having moved to attach wages to fund the Chapter 13 Plan,

IT IS HEREBY ORDERED that until further order of this Court, the entity from which the Debtor-Wife receives income:

Cargill Incorporated
Payroll Department
PO Box 5610
Minneapolis, MN 55440

Shall deduct from said income the sum of Two Hundred Sixty Five and 40/100 Dollars ($265.40) weekly, for a monthly total of One Thousand One Hundred Fifty and no/100 Dollars ($1,150.00), beginning with the pay advice May 31, 2024 and deduct a similar amount each pay period

thereafter, including any period for which the Debtor-Wife receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor-Wife, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

>Ronda J. Winnecour
>Chapter 13 Trustee, W.D. Pa.
>P.O. Box 84051
>Chicago IL 60689-4002

    IT IS FURTHER ORDERED that the above-named entity shall notify the Debtor-Wife's attorney, Jeffrey A. Muriceak, Esquire, 401 Allegheny Street, P.O. Box 415, Hollidaysburg, Pennsylvania 16648 (814-695-7581), if her income is terminated and the reason therefore.

    IT IS FURTHER ORDERED that all remaining income of Debtor-Wife, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to his in accordance with usual payment procedures.

    IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

    IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

    IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to Debtor-Wife for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

    IT IS FURTHER ORDERED that the Debtors shall remain responsible for timely making all monthly Plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result on the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

DATED this __14th__ day of _____May_____, 2024.

                                                Jeffery A. Deller    sjk
                                                U. S. Bankruptcy Judge

FILED
5/14/24 8:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-70428-JAD
Robert F. Anderson, Jr.  Chapter 13
Drema K. Anderson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: auto     Page 1 of 2
Date Rcvd: May 14, 2024     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2024:**

**Recip ID**    **Recipient Name and Address**
db/jdb    + Robert F. Anderson, Jr., Drema K. Anderson, 222 Barnwood Court, Duncansville, PA 16635-9423

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2024 at the address(es) listed below:

**Name**     **Email Address**

Denise Carlon
    on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com

Jeffrey A. Muriceak
    on behalf of Debtor Robert F. Anderson  Jr. jmuriceak@eveyblack.com, choover@eveyblack.com

Jeffrey A. Muriceak
    on behalf of Joint Debtor Drema K. Anderson jmuriceak@eveyblack.com  choover@eveyblack.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert Shearer
    on behalf of Creditor WELLS FARGO BANK  N.A. rshearer@raslg.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

District/off: 0315-7    User: auto    Page 2 of 2
Date Rcvd: May 14, 2024    Form ID: pdf900    Total Noticed: 1
TOTAL: 6