UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  ROBERT F. ANDERSON, JR.<br>  DREMA K. ANDERSON<br>            Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>            Movant<br>                vs.<br>  ROBERT F. ANDERSON, JR.<br>  DREMA K. ANDERSON<br><br>            Respondents | Case No.19-70428JAD<br><br>Chapter 13<br><br>Document No.  72 |

FILED
8/30/24 12:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this  30th  day of  August , 2024, it is hereby ORDERED, ADJUDGED, and DECREED that,

Cargill Animal Nutrition
Attn: Payroll Manager
965 Frederick Rd
Martinsburg, PA 16662

is hereby ordered to immediately terminate the attachment of the wages of DREMA K. ANDERSON, social security number XXX-XX-4280. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DREMA K. ANDERSON.

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

_____
jsf
UNITED STATES BANKRUPTCY JUDGE
JEFFERY A. DELLER

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 19-70428-JAD
Robert F. Anderson, Jr. | Chapter 13
Drema K. Anderson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7       User: auto      Page 1 of 2
Date Rcvd: Aug 30, 2024      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2024:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + Robert F. Anderson, Jr., Drema K. Anderson, 222 Barnwood Court, Duncansville, PA 16635-9423

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2024 at the address(es) listed below:

**Name**      **Email Address**

Denise Carlon
     on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com

Jeffrey A. Muriceak
     on behalf of Debtor Robert F. Anderson Jr. jmuriceak@eveyblack.com, choover@eveyblack.com

Jeffrey A. Muriceak
     on behalf of Joint Debtor Drema K. Anderson jmuriceak@eveyblack.com choover@eveyblack.com

Office of the United States Trustee
     ustpregion03.pi.ecf@usdoj.gov

Robert Shearer
     on behalf of Creditor WELLS FARGO BANK N.A. rshearer@raslg.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 6