UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  ROBERT F. ANDERSON, JR.<br>  DREMA K. ANDERSON<br>           Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>           Movant<br>       vs.<br>  ROBERT F. ANDERSON, JR.<br>  DREMA K. ANDERSON<br><br>           Respondents | Case No. 19-70428JAD<br><br>Chapter 13<br><br>Document No. 73 |

FILED
8/30/24 12:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this  30th  day of  August , 20 24, it is hereby ORDERED, ADJUDGED, and DECREED that,

Norfolk Southern*
Attn Payroll Department - Corp Hq
650 West Peachtree St Nw
Atlanta, GA 30308

is hereby ordered to immediately terminate the attachment of the wages of ROBERT F. ANDERSON, JR., social security number XXX-XX-0795. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ROBERT F. ANDERSON, JR..

BY THE COURT:

_____
jsf
UNITED STATES BANKRUPTCY JUDGE

JEFFERY A. DELLER

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-70428-JAD |
| Robert F. Anderson, Jr. | Chapter 13 |
| Drema K. Anderson | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 30, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert F. Anderson, Jr., Drema K. Anderson, 222 Barnwood Court, Duncansville, PA 16635-9423 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2024         Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com |
| Jeffrey A. Muriceak | on behalf of Debtor Robert F. Anderson  Jr. jmuriceak@eveyblack.com, choover@eveyblack.com |
| Jeffrey A. Muriceak | on behalf of Joint Debtor Drema K. Anderson jmuriceak@eveyblack.com  choover@eveyblack.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert Shearer | on behalf of Creditor WELLS FARGO BANK  N.A. rshearer@raslg.com |
| Ronda J. Winnecour | |

District/off: 0315-7                                   User: auto                                              Page 2 of 2
Date Rcvd: Aug 30, 2024                          Form ID: pdf900                                    Total Noticed: 1

cmecf@chapter13trusteewdpa.com

TOTAL: 6