IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Robert F. Anderson, Jr. and Drema K. Anderson, Debtors | : : : : | Bankruptcy No.    19-70428-JAD Chapter 13 |
| Robert F. Anderson, Jr. and Drema K. Anderson, Movants | : : : : | |
| v. | : : | |
| No Respondents | : | |

**DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On August 19, 2019, at docket numbers 21 and 22, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by the undersigned Counsel duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated: 11/06/2024                                        By:    /s/ Jeffrey A. Muriceak
                                                                        Signature
                                                                        Jeffrey A. Muriceak, Esquire
                                                                        Name of Filer - Typed
                                                                        PO Box 415, Hollidaysburg, PA 16648
                                                                        Address of Filer
                                                                        jmuriceak@eveyblack.com
                                                                        Email Address of Filer
                                                                        814-695-7581
                                                                        Phone Number of Filer
                                                                        PA ID No. 76013
                                                                        Bar I.D. and State of Admission

**PAWB Local Form 24 (07/13)**