**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ROBERT F. ANDERSON, JR.<br>DREMA K. ANDERSON<br>       Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>       Movant<br>       vs.<br>No Respondents. | Case No.:19-70428 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

October 25, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 07/17/2019 and confirmed on 10/9/19. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 255,642.66 |
| Less Refunds to Debtor | 3,285.85 | |
| TOTAL AMOUNT OF PLAN FUND | | 252,356.81 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,250.00 | |
|   Trustee Fee | 12,688.68 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 14,938.68 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   WELLS FARGO BANK NA | 0.00 | 87,271.36 | 0.00 | 87,271.36 |
|     Acct: 6815 | | | | |
|   FIFTH THIRD BANK | 0.00 | 47,007.21 | 0.00 | 47,007.21 |
|     Acct: 1066 | | | | |
| | | | | 134,278.57 |
| **Priority** | | | | |
|   JEFFREY A MURICEAK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERT F. ANDERSON, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERT F. ANDERSON, JR. | 3,285.85 | 3,285.85 | 0.00 | 0.00 |
|     Acct: | | | | |
|   EVEY BLACK ATTORNEYS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEFFREY A MURICEAK ESQ | 2,250.00 | 2,250.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TOYOTA LEASE TRUST | 24,144.40 | 24,144.40 | 0.00 | 24,144.40 |
|     Acct: P135 | | | | |
| | | | | 24,144.40 |
| **Unsecured** | | | | |
|   AMERICAN EXPRESS NATIONAL BANK | 30,094.54 | 14,980.16 | 0.00 | 14,980.16 |
|     Acct: 1009 | | | | |
|   AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4303 | | | | |
|   AMERICAN EXPRESS NATIONAL BANK | 13,900.50 | 6,919.25 | 0.00 | 6,919.25 |
|     Acct: 1009 | | | | |
|   BANK OF AMERICA NA** | 35,647.86 | 17,744.44 | 0.00 | 17,744.44 |
|     Acct: 1368 | | | | |
|   BANK OF AMERICA NA** | 14,171.43 | 7,054.11 | 0.00 | 7,054.11 |
|     Acct: 2342 | | | | |
|   LVNV FUNDING LLC | 9,454.35 | 4,706.09 | 0.00 | 4,706.09 |
|     Acct: 7759 | | | | |
|   LVNV FUNDING LLC | 1,596.82 | 794.85 | 0.00 | 794.85 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 2369 | | | | |
|   NASA FCU | 24,424.65 | 12,157.86 | 0.00 | 12,157.86 |
|     Acct: 0491 | | | | |
|   LVNV FUNDING LLC | 28,037.95 | 13,956.45 | 0.00 | 13,956.45 |
|     Acct: 8614 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 1,370.01 | 681.95 | 0.00 | 681.95 |
|     Acct: 1794 | | | | |
|   SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1794 | | | | |
|   POWERS KIRN LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 78,995.16 |

| | | |
|---|---|---:|
| **TOTAL PAID TO CREDITORS** | | 237,418.13 |

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 24,144.40 |
| SECURED | 0.00 |
| UNSECURED | 158,698.11 |

Date: 10/25/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   ROBERT F. ANDERSON, JR.
   DREMA K. ANDERSON
       Debtor(s)

Ronda J. Winnecour
       Movant
     vs.
No Repondents.

Case No.:19-70428 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-70428-JAD |
| Robert F. Anderson, Jr. | Chapter 13 |
| Drema K. Anderson | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Nov 06, 2024 | Form ID: pdf900 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert F. Anderson, Jr., Drema K. Anderson, 222 Barnwood Court, Duncansville, PA 16635-9423 |
| aty | + | vde132, Office of the Chapter 13 Trustee, Suite 3250 US Steel Tower, 600 Grant Street, Pittsburgh, PA 15219-2719 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 07 2024 00:14:00 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 07 2024 00:13:16 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15107387 | | Email/PDF: bncnotices@becket-lee.com | Nov 07 2024 00:13:39 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15088681 | + | Email/PDF: bncnotices@becket-lee.com | Nov 07 2024 00:13:14 | Amex, Correspondence/Bankruptcy, P O Box 981540, El Paso, TX 79998-1540 |
| 15088682 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 07 2024 00:00:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15117660 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Nov 07 2024 00:00:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15088683 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 07 2024 00:14:10 | Citibank, Attn: Recovery/Centralized Bankruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 15100101 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Nov 07 2024 00:00:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 15088684 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Nov 07 2024 00:01:00 | Fifth Third Bank, Attn: Bankruptcy Department, 1830 E Paris Ave Se, Grand Rapids, MI 49546-8803 |
| 15122936 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 07 2024 00:13:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15088685 | | Email/Text: e-bankruptcy@nasafcu.com | Nov 07 2024 00:00:00 | NASA Federal Credit Union, Attn: Bankruptcy, P O Box 1778, Bowie, MD 20717 |
| 15124388 | | Email/Text: e-bankruptcy@nasafcu.com | Nov 07 2024 00:00:00 | NASA Federal Credit Union, PO Box 1588, Bowie, MD 20717 |
| 15127030 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 07 2024 00:14:10 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15123839 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Nov 07 2024 00:13:25 | SoFi Lending Corp, 2750 E Cottonwood Pkwy Suite 300, Cottonwood Heights, UT 84121-7285 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15088686 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Nov 07 2024 00:13:18 | Sofi Lending Corp, Attn: Bankruptcy, 375 Healdsburg Avenue Suite 280, Healdsburg, CA 95448-4151 |
| 15089843 | ^ | MEBN | Nov 06 2024 23:55:12 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15088687 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 07 2024 00:13:07 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15088688 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 07 2024 00:00:00 | Toyota Financial Services, Atty: Bankruptcy Dept, P O Box 8026, Cedar Rapids, IA 52408-8026 |
| 15099718 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Nov 07 2024 00:00:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15100788 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 07 2024 00:24:35 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 15088689 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 07 2024 00:24:28 | Wells Fargo Home Mortgage, Attn: Bankruptcy Dept, P O Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Lease Trust |
| cr | | WELLS FARGO BANK, N.A. |
| 15117255 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15190693 | * | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC, 29603-0587 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 08, 2024   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com |
| Jeffrey A. Muriceak | on behalf of Debtor Robert F. Anderson Jr. jmuriceak@eveyblack.com, choover@eveyblack.com |
| Jeffrey A. Muriceak | on behalf of Joint Debtor Drema K. Anderson jmuriceak@eveyblack.com  choover@eveyblack.com |

District/off: 0315-7 | User: auto | Page 3 of 3
Date Rcvd: Nov 06, 2024 | Form ID: pdf900 | Total Noticed: 23

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Robert Shearer
   on behalf of Creditor WELLS FARGO BANK  N.A. rshearer@raslg.com

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

TOTAL: 6