IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

IN RE:
ROBERT F. ANDERSON, JR.
DREMA K. ANDERSON
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-70428 JAD

Chapter 13

Document No.: 80

FILED
1/7/25 12:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

AND NOW, this ___7th___ day of ___January___, 20_25_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____ jsf
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-70428-JAD |
| Robert F. Anderson, Jr. | Chapter 13 |
| Drema K. Anderson | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Jan 07, 2025 | Form ID: pdf900 | Total Noticed: 23 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert F. Anderson, Jr., Drema K. Anderson, 222 Barnwood Court, Duncansville, PA 16635-9423 |
| aty | + | vde132, Office of the Chapter 13 Trustee, Suite 3250 US Steel Tower, 600 Grant Street, Pittsburgh, PA 15219-2719 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 08 2025 00:02:35 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 08 2025 00:19:36 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15107387 | | Email/PDF: bncnotices@becket-lee.com | Jan 08 2025 00:02:30 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15088681 | + | Email/PDF: bncnotices@becket-lee.com | Jan 08 2025 00:02:30 | Amex, Correspondence/Bankruptcy, P O Box 981540, El Paso, TX 79998-1540 |
| 15088682 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 07 2025 23:57:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15117660 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jan 07 2025 23:58:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15088683 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 08 2025 00:02:44 | Citibank, Attn: Recovery/Centralized Bankruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 15100101 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Jan 07 2025 23:58:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 15088684 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Jan 07 2025 23:59:00 | Fifth Third Bank, Attn: Bankruptcy Department, 1830 E Paris Ave Se, Grand Rapids, MI 49546-8803 |
| 15122936 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 08 2025 00:02:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15088685 | | Email/Text: e-bankruptcy@nasafcu.com | Jan 07 2025 23:57:00 | NASA Federal Credit Union, Attn: Bankruptcy, P O Box 1778, Bowie, MD 20717 |
| 15124388 | | Email/Text: e-bankruptcy@nasafcu.com | Jan 07 2025 23:57:00 | NASA Federal Credit Union, PO Box 1588, Bowie, MD 20717 |
| 15127030 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 08 2025 00:02:34 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15123839 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Jan 08 2025 00:02:26 | SoFi Lending Corp, 2750 E Cottonwood Pkwy Suite 300, Cottonwood Heights, UT 84121-7285 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15088686 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Jan 08 2025 00:02:29 | Sofi Lending Corp, Attn: Bankruptcy, 375 Healdsburg Avenue Suite 280, Healdsburg, CA 95448-4151 |
| 15089843 | ^ | MEBN | Jan 07 2025 23:57:01 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15088687 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 08 2025 00:02:26 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15088688 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 07 2025 23:58:00 | Toyota Financial Services, Atty: Bankruptcy Dept, P O Box 8026, Cedar Rapids, IA 52408-8026 |
| 15099718 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 07 2025 23:58:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15100788 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 08 2025 00:02:41 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 15088689 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 08 2025 00:02:42 | Wells Fargo Home Mortgage, Attn: Bankruptcy Dept, P O Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Lease Trust |
| cr | | WELLS FARGO BANK, N.A. |
| 15117255 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15190693 | * | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC, 29603-0587 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 10, 2025           Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com |
| Jeffrey A. Muriceak | on behalf of Debtor Robert F. Anderson Jr. jmuriceak@eveyblack.com, choover@eveyblack.com |
| Jeffrey A. Muriceak | on behalf of Joint Debtor Drema K. Anderson jmuriceak@eveyblack.com  choover@eveyblack.com |

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 3 of 3 |
| Date Rcvd: Jan 07, 2025 | Form ID: pdf900 | Total Noticed: 23 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert Shearer
    on behalf of Creditor WELLS FARGO BANK  N.A. rshearer@raslg.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6