Case 19-70428-JAD    Doc 89    Filed 02/13/25    Entered 02/13/25 14:02:40    Desc Main
Document      Page 1 of 3

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> ROBERT F. ANDERSON, JR. <br> DREMA K. ANDERSON <br>     Debtor(s) <br><br> Ronda J. Winnecour <br>     Movant <br>     vs. <br> No Repondents. | Case No.:19-70428 JAD <br><br><br> Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 07/17/2019 and confirmed on 10/09/2019. The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 257,622.24 |
| Less Refunds to Debtor | 5,265.43 | |
| TOTAL AMOUNT OF PLAN FUND | | 252,356.81 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,250.00 | |
|   Trustee Fee | 12,688.68 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 14,938.68 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   WELLS FARGO BANK NA | 0.00 | 87,271.36 | 0.00 | 87,271.36 |
|     Acct: 6815 | | | | |
|   FIFTH THIRD BANK | 0.00 | 47,007.21 | 0.00 | 47,007.21 |
|     Acct: 1066 | | | | |
| | | | | 134,278.57 |
| **Priority** | | | | |
|   JEFFREY A MURICEAK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERT F. ANDERSON, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERT F. ANDERSON, JR. | 3,285.85 | 3,285.85 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERT F. ANDERSON, JR. | 1,979.58 | 1,979.58 | 0.00 | 0.00 |
|     Acct: | | | | |
|   EVEY BLACK ATTORNEYS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEFFREY A MURICEAK ESQ | 2,250.00 | 2,250.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
|   TOYOTA LEASE TRUST | 24,144.40 | 24,144.40 | 0.00 | 24,144.40 |
|     Acct: P135 | | | | |
| | | | | 24,144.40 |
| **Unsecured** | | | | |
|   AMERICAN EXPRESS NATIONAL BANK | 30,094.54 | 14,980.16 | 0.00 | 14,980.16 |
|     Acct: 1009 | | | | |
|   AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4303 | | | | |
|   AMERICAN EXPRESS NATIONAL BANK | 13,900.50 | 6,919.25 | 0.00 | 6,919.25 |
|     Acct: 1009 | | | | |
|   BANK OF AMERICA NA** | 35,647.86 | 17,744.44 | 0.00 | 17,744.44 |
|     Acct: 1368 | | | | |
|   BANK OF AMERICA NA** | 14,171.43 | 7,054.11 | 0.00 | 7,054.11 |
|     Acct: 2342 | | | | |
|   LVNV FUNDING LLC | 9,454.35 | 4,706.09 | 0.00 | 4,706.09 |
|     Acct: 7759 | | | | |
|   LVNV FUNDING LLC | 1,596.82 | 794.85 | 0.00 | 794.85 |
|     Acct: 2369 | | | | |
|   NASA FCU | 24,424.65 | 12,157.86 | 0.00 | 12,157.86 |
|     Acct: 0491 | | | | |
|   LVNV FUNDING LLC | 28,037.95 | 13,956.45 | 0.00 | 13,956.45 |
|     Acct: 8614 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 1,370.01 | 681.95 | 0.00 | 681.95 |
|     Acct: 1794 | | | | |
|   SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1794 | | | | |
|   POWERS KIRN LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 78,995.16 |

TOTAL PAID TO CREDITORS                                                                                             237,418.13

TOTAL CLAIMED
 PRIORITY            24,144.40
 SECURED                  0.00
 UNSECURED          158.698.11

Date: 02/13/2025                                                              /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com